Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

___ Western_____ District of __ Mi

___ Title VII_____ Division

FILED - GR

October 15, 2024 3:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 10-16

|  |  |
|---|---|
| Todd McGill | ) Case No. _____ |
|  | ) |
|  | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ✔Yes ☐No |
| -v- | ) |
|  | ) **1:24-cv-1081** |
|  | ) **Paul L. Maloney** |
| Butterball Farms,Inc,Mark Peters, Christina Vinson, Jeff Harlucowitz, Charles Martin, Dave O'Hagen, TylerTravis, HR VP Mike (last name unknown) | ) **United States District Judge** |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Todd McGill |
| Street Address | 2958 Woodside Avenue SE |
| City and County | Grand Rapids Kent county |
| State and Zip Code | Michigan 49508 |
| Telephone Number | 616-477-7528 |
| E-mail Address | toromgill@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Butterball Farms, Inc Mark Peters |
| Job or Title *(if known)* | CEO |
| Street Address | 1435 Buchanan SW |
| City and County | Grand Rapids Kent County |
| State and Zip Code | Michigan 49507 |
| Telephone Number | (616) 243-0105 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Christina Vinson |
| Job or Title *(if known)* | Human Resources |
| Street Address | 1435 Buchanan SW |
| City and County | Grand Rapids Kent County |
| State and Zip Code | Michigan 49507 |
| Telephone Number | (616) 243-0105 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jeff Harlucowitz |
| Job or Title *(if known)* | Business unit manager |
| Street Address | 1435 Buchanan SW |
| City and County | Grand Rapids Kent County |
| State and Zip Code | Michigan 49507 |
| Telephone Number | (616) 243-0105 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Charles Martin |
| Job or Title *(if known)* | Supervisor |
| Street Address | 1435 Buchanan SW |
| City and County | Grand Rapids Kent |
| State and Zip Code | Michigan 49507 |
| Telephone Number | (616) 243-0105 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Butterball Farms, Inc. |
| Street Address | 1435 Buchanan SW |
| City and County | Grand Rapids Kent County |
| State and Zip Code | Michigan 49507 |
| Telephone Number | (616) 243-0105 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

         *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

         *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

         *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑      Other federal law *(specify the federal law)*:

         Retaliation for engaging in protected activity

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☒    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Gaslighted, Sham Job offer, denied equal protection by defendant

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Late October 2022 - Marc 27, 2023

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race    _____

☒    color    _____

☒    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I am an African American Male and I believe I was subjected to other Terms and conditions on January 7, 2023, Hostile environment March 27, 2023, and Constructive Discharge on March 27, 2023 due to my race and sex.
I was hired by defendants agent on May 5, 2011 and last worked as a mixer flavor room 3 located at 1435 Buchanan SW Grand Rapids, MI 49507.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 23, 2023

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)*    08/01/2024        .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Compensatory damages in the amount of Sixty thousand dollars, $60,000.00 for loss wages, loss of long term employment including but not limited to longevity, verified work history, retirement benefits, and pain and suffering by the defendants actions;
Punitive damages in the amount of Sixty Thousand dollars, $60,000.00 for the deliberate misconduct and Willful inflicting pain and suffering upon the plaintiff

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/15/2024

Signature of Plaintiff      _Todd McGill_

Printed Name of Plaintiff      Todd McGill

### B.   For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

Attached page
Defendants list continued

Dave O'Hagen
Vice President
1435 Buchanan SW
Grand Rapids Kent County
616-243-0105

Tyler Travis
Plant Manager
1435 Buchanan SW
Grand Rapids Kent County
616-243-0105

Mike (last name unknown)
Vice President Human Resources
1435 Buchanan SW
Grand Rapids Kent County
616-243-0105

III. Statement of Claim,  continued.

On March 27, 2023 I resigned from my position with defendants, I begin having severe headaches which required medical treatment. I notified my direct supervisors, Human resources and upper management Numerous times of the concerns and policy not being followed. I was also forced into a lower level position, which changed my work hours considerably, I was not getting the hours for a full work week. This caused me to have to use my vacation time. I believe I was subjected to constructive discharge due to my race and sex.

On March 27, 2023 I was subjected to hostile work environment after making Numerous complaints with human resources and upper management . I was treated differently than female colleagues, as well as Caucasian staff. I believe I was subjected to a Hostile environment due to my race and sex.

On January 7, 2023 I believe I was subjected to other terms and conditions due to race, sex, and retaliation. I was told I Would be promoted on or around January 7th 2023. I was later told I would not receive the promotion because I was told the job did not exist. The business unit manager then gave a Caucasian female my position and I was put into a lower position where my pay did not change but I

did not agree to the new position or the terms. This also did not follow company policy. I made Numerous internal complaints regarding this concern And I was gaslighted By the defendants, and I believe I was retaliated against. This led to constructive discharge on March 27th, 2023. I believe I was subjected to other terms and conditions due to my race, sex, and in retaliation for engaging in a protected activity.

The defendants also Knowingly Interfered with the EEOC's Official investigation by supplying the investigator With Knowingly false, misleading, and Fabricated information designed solely to put me in a bad light and have the investigation cease. I believe I was subjected to Other Terms and Conditions due to my race, sex and in retaliation for engaging in a protected activity.