UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD MCGILL,

     Plaintiff,

                                            Case No. 1:24-cv-1081

v.

                                         HONORABLE PAUL L. MALONEY

BUTTERBALL FARMS, INC, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on October 15, 2024. The Individual Defendants[1] filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 23, 2025, recommending that this Court grant the motion, dismiss Plaintiff's claims against the Individual Defendants, and dismiss Plaintiff's claims against Defendant Unknown Party. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 9) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Mark Peters, Christina Vinson, Jeff Harlucowitz, Charles Martin, Dave O'Hagen, and Tyler Travis are DISMISSED.

---

[1] The Individual Defendants are Mark Peters, Christina Vinson, Jeff Harlucowitz, Charles Martin, Dave O'Hagen, and Tyler Travis.

       **IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Unknown Party

are DISMISSED.

       Plaintiff's claims against Defendant Butterball Farms, Inc. remain in this case.

Dated:  August 19, 2025                  /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge